

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN 11, TEXAS**

**PRICE DANIEL**
ATTORNEY GENERAL

COPY

December 17, 1951

Hon. Allan Shivers
Governor of Texas                    Re:  Opinion No. V-1377
Austin, Texas

Dear Governor:

     I herewith hand you our opinion on the authority of your office to furnish assistance in the prosecution of felony gambling cases.

     Your inquiry having been prompted by a request from citizens of Galveston County in connection with indictments recently returned by the Galveston County Grand Jury, I should inform you further that this office has offered its cooperation and assistance to the Galveston County Attorney in these cases.  While we have no authority under the laws of this State to conduct the prosecution or participate in the District Court trials, our office can be helpful on appeals and in other matters connected with these cases.

Sincerely yours,

Price Daniel

Attorney General

PD:b
Enc.